I.B., et al.
                      Plaintiff,

v.                                            Case No.: 1:17−cv−05741
                                                        Honorable Sharon Johnson Coleman

Brian Harris, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 10, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 8/10/2017. Plaintiffs' motion for TRO [4] is withdrawn without prejudice. On defendants' motion to dismiss [12], response due by 9/7/2017. Reply due by 9/21/2017. Status hearing set for 11/6/2017 at 09:00 AM. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.